■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NICOSIA, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Floyd, J.), imposed July 9, 1986.

Ordered that the sentence is affirmed.

The defendant contends that the sentence imposed, albeit within the statutory limits *(see,* Penal Law § 70.06 [3] [c]; [4] [b]; § 70.25 [2-b]),* violates the constitutional prohibition against cruel and unusual punishment. This issue was not preserved for appellate review as the defendant neither controverted his status as a second felony offender at sentencing nor contested the applicability of Penal Law § 70.25 (2-b), which, in the absence of designated factors, mandated the imposition of a consecutive sentence *(see, People v Albano,* 124 AD2d 739, *lv denied* 69 NY2d 824; *People v Thomas,* 108 AD2d 884).* In any event, there are no exceptional circumstances to support a claim that the sentence imposed constituted cruel and unusual punishment *(see, People v Jones,* 39 NY2d 694, 697; *People v Albano, supra).* Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.